UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES DANIEL MAYE
    Petitioner

v.                                            CASE NO. 8:21-cv-2619-WFJ-AAS

UNITED STATES OF AMERICA
    Respondent

## MOTION TO WITHDRAW

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney David W.A. Chee as government counsel in the above-styled cause.

The government continues to be represented in this matter by Assistant United States Attorney Jay G. Trezevant.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

By:    _____
           David W.A. Chee
           Assistant United States Attorney
           Florida Bar No.: 109659
           400 N. Tampa St., Ste. 3200
           Tampa, FL 33602-4798
           Telephone: (813) 274-6000
           Facsimile: (813) 274-6358
           E-mail: David.Chee@usdoj.gov

Charles Daniel Maye v. USA                        Case No. 8:21-cv-2619-WFJ-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    William Mallory Kent, Esq.

                                            David W.A. Chee
                                            Assistant United States Attorney
                                            Florida Bar No.: 109659
                                            400 N. Tampa St., Ste. 3200
                                            Tampa, FL 33602-4798
                                            Telephone: (813) 274-6000
                                            Facsimile: (813) 274-6358
                                            E-mail: David.Chee@usdoj.gov